MINUTE ENTRY
August 12, 2010
MOORE, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | SECTION: S |

INITIAL APPEARANCE

APPEARANCES: _X_ DEFENDANT WITH / (WITHOUT) COUNSEL _____

_X_ ASSISTANT U.S. ATTORNEY Jared Fishman
___ INTERPRETER _____
Designated by Court and sworn.  Time: _____ .M to _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE INDICTMENT WAS:
    READ    WAIVED   (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

_X_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 06

___/ BAIL SET AT _____

_____

_____

_____

_____

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

___/ DEFENDANT RELEASED ON BOND

_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING / (ARRAIGNMENT) IS SET FOR __Held__

___/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR __Held__

___/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL WITH COUNSEL _[signature]_