MINUTE ENTRY
MOORE, MJ
August 12, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | SECTION S |

### • CRIMINAL ARRAIGNMENT

APPEARANCES: X DEFENDANT
               X COUNSEL FOR DEFENDANT — Valerie Jusselin
               X ASSISTANT U.S. ATTORNEY — Jared Fishman
               __ INTERPRETER _____ SWORN
               (TIME: .M to .M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE. September 16, 2010 at 10:30 a.m.

**BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

X / TRIAL: October 12, 2010 at 9:00 a.m.

**BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

MJSTAR: 00:04