UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | * | SECTION: "S" |

**O R D E R**

Considering the foregoing:

**IT IS ORDERED** that the trial in the captioned matter presently set for March 19, 2012, is hereby continued until the 25th day of June, 20 12 at 9:00 o'clock a.m. A final pretrial conference will be held on the 31st day of May, 20 12 at 10:30 o'clock a.m. This motion is granted after explicitly finding that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance, in the case taken as a whole, would result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7)(B)(i).

New Orleans, Louisiana this 24th day of February, 2012.

UNITED STATES DISTRICT JUDGE