UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 10-207 |
| VERSUS | SECTION "S" |
| ROLAND J. BOURGEOIS, JR. | VIOLATION: 18 USC 245 |

**RE-**NOTICE OF TRIAL AND PRE-TRIAL

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for trial on Monday, June 25, 2012 at 9:00 a.m., before Judge Mary Ann Vial Lemmon,500 Poydras St., New Orleans, LA. Pre-trial conference set May 31, 2012 at 10:30 a.m.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | LORETTA G. WHYTE, CLERK |
|---|---|
| Date:  February 24, 2012 | |
| | by: Cesyle Nelson |
| TO: | Deputy Clerk |
| ROLAND J. BOURGEOIS, JR. | AUSA: W. SCOTT LARAGY |
| FEDERAL PUBLIC DEFENDER | U.S. Marshal |
| Valerie Welz Jusselin | |
| | U.S. Probation Officer |
| | U.S. Pretrial Services |
| **If you change address, notify clerk of court by phone, 504-589-7680** | Special Agent Marycruz Martinez<br>Federal Bureau of Investigation<br>neworleans@ic.fbi.gov |