UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | * | SECTION: S |

A status conference was held before U.S. Magistrate Judge Louis Moore, Jr., in chambers, on May 16, 2012, regarding defendant, Roland Bourgeois Jr.'s competency.

PRESENT:   Valerie Welz Jusselin, Assistant Federal Public Defender, for the defendant
Scott Laragy, Assistant U.S. Attorney for the government
Forrest Christian, Assistant U.S. Attorney, also participated via telephone

In light of the recent psychiatric report and evaluation finding the defendant competent to proceed to trial, as submitted by Drs. Williamson and Pyant, staff psychiatrist and staff psychologist, respectively, for the Federal Medical Center in Butner, North Carolina, the parties agreed to seek an updated evaluation from Dr. John Thompson. According to Attorney Jusselin, Dr. Thompson, who previously evaluated the defendant and found him incompetent for trial prior to his being sent to Butner, has agreed to conduct his evaluation on **May 23rd, 2011 at 1:00 pm**.[1] Once the evaluation is completed, a hearing will be held, pursuant to 18 U.S.C. §4241(e), to determine whether defendant, Roland Bourgeois, is competent to proceed to trial. Attorney Jusselin shall make the necessary arrangements for the hearing to be held in a courtroom with video-conferencing capabilities as some of the doctors[2] may not be available for the hearing in person.

Attorney Jusselin also indicated that she will seek a continuance of the trial, currently scheduled for **June 25, 2012**, through a written motion with the district court. There was no

---

[1] Attorney Jusselin contacted the court subsequent to the status conference with this information.

[2] Attorney Jusselin has indicated that testimony may be sought from not only Drs. Pyant and Williamson but also from the Clinical Director of the Federal Medical Center in Butner, Dr. Duchesne and from Dr. Thompson.

objection to said continuance by the Government, although the government did voice concern that an inordinate delay could result in a deterioration of defendant's mental and medical health.

Accordingly, IT IS HEREBY ORDERED that the parties appear in court before the Criminal Duty Magistrate Judge for a competency hearing on June 29th, 2012 at 10:00 a.m.[3]

New Orleans, Louisiana this 18th day of May, 2012.

_____
LOUIS MOORE, JR.
U.S. MAGISTRATE JUDGE

**MJSTAR 00:55**

---

[3] The defense has indicated that most of the doctors are available on June 29th, 2012 to render testimony, either in person or by video-conference.