UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | * | SECTION: "S" |

**O R D E R**

Considering the foregoing:

**IT IS ORDERED** that the trial in the captioned matter presently set for June 25, 2012, is hereby continued until the 27th day of August, 20 12 at 9:00 o'clock a.m. A final pretrial conference will be held on the 9th day of August, 20 12 at 11:00 o'clock a.m. This motion is granted after explicitly finding that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance, in the case taken as a whole, would result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7)(B)(i).

New Orleans, Louisiana this 22nd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE