UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:  10-207 |
| v. | * | SECTION: "S" |
| ROLAND J. BOURGEOIS, JR. | * | |

### ORDER

The Court hereby grants the Government's Motion to Seal the Joint Motion for a Continuance.

It is so ordered this  28th  day of October, 2013.

U.S. District Judge Mary Ann Vial Lemmon