**SEALED**
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | * | SECTION: "S" |

## O R D E R

       Considering the foregoing and the concurrence of the United States Attorney;

       **IT IS ORDERED** that the trial in the captioned matter presently set for January 27, 2014, is hereby continued until the _7_ day of _April_, 20_14_ at _9:00_ o'clock _a_.m. A final pretrial conference will be held on the _13_ day of _March_, 20_14_ at _11:30_ o'clock _a_.m. This motion is granted after explicitly finding that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance, in the case taken as a whole, would result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7)(B)(i).

       New Orleans, Louisiana this _15_ day of _January_ 2014.

                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, I emailed and mailed the foregoing document by first-class mail the foregoing to the following: Christine Siscaretti, Assistant United States Attorney, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Room 504, Washington, DC 20530.

VALERIE WELZ JUSSELIN
Assistant Federal Public Defender