UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO:  10-207** |
| **v.** | * | **SECTION: "S" (3)** |
| **ROLAND J. BOURGEOIS, JR.** | * | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE THE TRIAL WITHOUT DATE UNTIL THE DEFENDANT ATTAINS THE PHYSICAL COMPETENCY TO ASSIST HIS ATTORNEY AND TO ATTEND TRIAL

**NOW INTO COURT** comes the United States of America, appearing through the undersigned attorneys, to respond to the defendant's motion for an indefinite continuance of the trial date.  Although the United States does not oppose a continuance, it does anticipate opposing an indefinite one.  Prior to asserting a firm position on the defendant's request for an indefinite continuance, the government respectfully requests an evidentiary hearing so that the government and this Court can fully assess the defendant's physical competency under the factors enumerated in *United States v. Doran*, 328 F.Supp. 1261 (S.D.N.Y. 1971), and his mental competency under 18 U.S.C. § 4241(d) (which provides, in relevant part, that once a court determines that a defendant is "mentally incompetent," the court "shall commit the defendant to the custody of the Attorney General" and "the Attorney General shall hospitalize the defendant for treatment in a suitable facility – [ ] for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward . . .").

**WHEREFORE**, the United States does not oppose a limited continuance of both the pretrial conference, currently set for March 13, 2014, and the trial date, April 7, 2014, but expects to oppose the defendant's request for an indefinite continuance.

        Respectfully submitted,

        KENNETH A. POLITE, JR.
        UNITED STATES ATTORNEY

        /s/ Forrest Christian
        FORREST CHRISTIAN
        Special Litigation Counsel
        Civil Rights Division

        /s/ Christine Siscaretti
        Christine Siscaretti
        Trial Attorney
        Civil Rights Division
        601 D Street, NW
        Washington, DC 20005
        Telephone: (202) 514-8376

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

    /s/ Forrest Christian
Forrest Christian
Special Litigation Counsel