

MINUTE ENTRY
LEMMON, J.
MARCH 20, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**THURSDAY, MARCH 20, 2014 AT 2:00 P.M.**

COURTROOM DEPUTY:   Cesyle Nelson
COURT REPORTER:     David Zarek

APPEARANCES:   Forrest Christian for the Government (via telephone)
               Valerie Jusselin for the defedant

**MOTION OF DEFENDANT TO CONTINUE THE TRIAL WITHOUT DATE (#141)**

The defendant was present with his counsel.

The motion was argued by counsel and taken under submission.

The defendant's latest medical record was admitted as exhibit D-1 under seal.

JS-10:0:10