UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | * | SECTION: "S"(6) |

### O R D E R

Considering that, in light of the defendant's condition at this time, the Government does not oppose an indefinite continuance of the trial date;

**IT IS ORDERED** that the defendant's Motion to Continue the Trial Without Date Until the Defendant Attains the Physical Competency to Assist His Attorney and to Attend Trial (Rec. Doc. 152) is hereby **GRANTED** because the defendant is currently physically incompetent and unable to assist counsel in the preparation of his defense against the pending federal charges and the defendant is physically unable to proceed to trial.

**IT IS FURTHER ORDERED** that the defendant, through counsel, provide the Court and the Government with a biannual update regarding the defendant's condition.

This motion is granted after explicitly finding that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance, in the case taken as a whole, would result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7)(B)(I).

New Orleans, Louisiana, this  8th  day of August, 2014.

UNITED STATES DISTRICT JUDGE