## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 10-207** |
| **v.** | * | **SECTION: "S"** |
| **ROLAND BOURGEOIS** | * | |
| | * | |

\* \* \*

### UNOPPOSED MOTION TO HAVE DEFENDANT UNDERGO
### PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION
### TO DETERMINE DEFENDANT'S COMPETENCY

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, who respectfully moves that the defendant, Roland Bourgeois, undergo a psychiatric or psychological evaluation pursuant to 18 U.S.C. §§ 4241(a), (b) and 4247(b) and (c).

On July 15, 2010, the grand jury returned a five-count indictment against the defendant. The indictment charges that, in the aftermath of Hurricane Katrina, the defendant fired a shotgun at three African-American men because of their race, wounding all three of them, and then obstructed

the federal investigation of that shooting by lying to and instructing a witness to lie to the Federal Bureau of Investigation.   Soon after the indictment, questions as to defendant's mental and physical competency arose. Multiple evaluations and hearings on the defendant's competency were held, and, on August 11, 2014, this Court granted the defendant's motion to continue the trial indefinitely "because the defendant is currently physically incompetent and unable to assist counsel in the preparation of his defense . . . and the defendant is physically unable to proceed to trial."   Order, ECF 153 (finding requirements of 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(i) to be satisfied).

On August 21, 2017, when the defendant was taken into custody for violating a condition of pretrial release, the government became aware that the defendant's physical status had improved.   In the month that followed the defendant's bond revocation, both the government and counsel for the defendant worked to gather records for this Court to make both a physical and mental competency determination.

At a status conference on September 28, 2017, defendant's counsel claimed that the defendant was incompetent.   Considering the defendant's continued claim of incompetence, and the lack of results of any recent independent mental competency evaluation, the government moves pursuant to 18 U.S.C. §§ 4241 (a), (b), and 4247(b) and (c), that a psychiatric or psychological examination of Roland Bourgeois be conducted at a federal medical facility and following the examination that a report be filed with the Court pursuant to 18, U.S.C., § 4247(b) and (c).

Counsel for Roland Bourgeois, Valerie Jusselin and Gary Schwabe, have no opposition or objection to this motion.

The undersigned further suggests that any period of delay resulting from the examination be excluded for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A) and in

2

the interests of justice pursuant to § 3161(h)(7)(A).

**WHEREFORE**, the undersigned respectfully requests that, pursuant to 18 U.S.C. § 4241(a) and (b), and 4247(b) and (c), the defendant, Roland Bourgeois, be committed to the custody of the Attorney General and transported to a federal medical facility to undergo a psychiatric or psychological examination for the purposes of determining whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and that any delay attributed thereto be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

s/Emily K. Greenfield_____
EMILY K. GREENFIELD (28587)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana   70130
Telephone:   (504) 680-3024

MARY J. HAHN
Trial Attorney
U.S. Department of Justice
Civil Rights Division
601 D Street NW, Rm 5200
Washington, DC 20579
Telephone: (202) 305-0921

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon counsel for, Valerie Welz Jusselin, by delivering the same, this 2nd day of October, 2017, by electronic mail.


s/Emily K. Greenfield
EMILY K. GREENFIELD
Assistant United States Attorney